IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re                           )<br>                                  )<br>    JOHN KING, JR.,         )<br>                                  )<br>                                  )<br>        Plaintiff.              )<br>                                  )<br>_____ ) | No. C 12-2073 JSW (PR)<br><br>**ORDER OF TRANSFER**<br><br>**(Docket No. 4)** |

    Plaintiff, a California prisoner incarcerated at California Medical Facility ("CMF"), has filed this pro se civil rights complaint under 42 U.S.C. § 1983 complaining of events taking place there.

    When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. § 1406(a).  Venue may be raised by the court *sua sponte* where the defendant has not yet filed a responsive pleading and the time for doing so has not run.  *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

    Plaintiff's claims arise out of events occurring at CMF by officials located there. CMF is located in Vacaville, California, in Solano County, which lies within the venue

1  of the United States District Court for the Eastern District of California.
2       Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C.
3  § 1406(a), that this action be TRANSFERRED to the United States District Court for the
4  Easter District of California. Ruling on Plaintiff's motion for leave to proceed in forma
5  pauperis is deferred to the Eastern District.
6       The Clerk of the Court shall transfer this matter forthwith.
7       IT IS SO ORDERED.
8  DATED: June 11, 2012

                                    _____
9                                   JEFFREY S. WHITE
                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JOHN KING JR., | Case Number: CV12-02073 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| IN RE JOHN KING JR. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John King
California Medical Facility
P32616
P.O. Box 2000
Vacaville, CA 95696

Dated: June 11, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk