IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN KING, JR.,

     Plaintiff,                   No. 2:12-cv-1576 CKD P

   vs.

UNKNOWN,

     Defendant.         <u>ORDER</u>

                               /

        Plaintiff, a state prisoner at California Medical Facility, has filed a letter seeking assistance from the Clerk of the Court. (Dkt. No. 1.) In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. The court will not issue any orders granting or denying relief until an action has been properly commenced. Plaintiff will be provided the opportunity to file his complaint.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

1

2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

Dated: June 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/kly
king1576.nocompl

2