IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN KING, JR.,

        Plaintiff,             No. 2:12-cv-1576 CKD P

    vs.

CDCR, et al.,

        Defendants.         ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of September 19, 2012. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (Docket No. 18) is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated: October 18, 2012

                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

/mp
king1576.36