IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN KING, JR.,

      Plaintiff,                        No.  2:12-cv-1576 CKD P

    vs.

CDCR, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of September 19, 2012.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's motion for an extension of time (Docket No. 18) is granted; and

        2.  Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated: October 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/mp
king1576.36