IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN KING, JR.,

        Plaintiff,                    No. 2:12-cv-1576 CKD P

    vs.

UNKNOWN, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to this court's jurisdiction. (Dkt. No. 11.)

        Before the court for screening is plaintiff's Second Amended Complaint ("SAC"). (Dkt. No. 24.) Having reviewed the SAC, the court concludes that it fails to cure the defects of the First Amended Complaint. (<u>See</u> Dkt. No. 15.) The court further concludes that another round of amendment would be futile. As plaintiff fails to state a claim under § 1983, this action will be dismissed with prejudice.

////

////

////

1

1. Accordingly, IT IS HEREBY ORDERED that:
2. 1. The Second Amended Complaint (Dkt. No. 24) is dismissed with prejudice;
3. and
4. 2. This action is closed.

Dated: March 20, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
king1576.SAC